In the Matter of the Accounting of ROBERT E. BERGMAN, as Guardian of GEORGE R. BUNTING, an Infant.

EMMA J. BERGMAN, as Administratrix of the Estate of ROBERT E. BERGMAN, Deceased, et al., Appellants; GEORGE R. BUNTING, Respondent.

In the Matter of the Accounting of ROBERT E. BERGMAN, as Executor of KATHERINE L. BUNTING, Deceased.

EMMA J. BERGMAN, as Administratrix of the Estate of ROBERT E. BERGMAN, Deceased, Appellant; GEORGE R. BUNTING, Respondent.

In the Matter of the Accounting of ROBERT E. BERGMAN, as Trustee under the Will of HARRY F. L. BUNTING, Deceased.

EMMA J. BERGMAN, as Administratrix of the Estate of ROBERT E. BERGMAN, Deceased, Appellant; GEORGE R. BUNTING, Respondent.

Submitted October 5, 1942; decided October 15, 1942.

Motion for reargument denied with ten dollars cost and necessary printing disbursements.   (See 288 N. Y. 388.)

RAYMOND CONCRETE PILE COMPANY, Respondent, v. FEDERATION BANK AND TRUST COMPANY, Appellant.

Submitted October 5, 1942; decided October 15, 1942.

Motion for reargument granted.   (See 288 N. Y. 452.)